```
 1  SCOTT N. CAMERON
    Attorney at Law
 2  1007 7th Street, Suite 319
    Sacramento, California 95814
 3  Telephone: (916) 442-5230

 4  Attorney for:
    LUIS ZUNIGA-GARCIA
 5

 6

 7                 IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,     )  CASE NO.  2:09-cr-0095 EJG
                                  )
11           Plaintiff,           )  STIPULATION AND ORDER CONTINUING
                                  )  STATUS CONFERENCE
12       v.                       )
                                  )
13  CESAR ADRIAN ZUNIGA           )
    aka Christian Beltran, and    )  DATE:  May 15, 2009
14  LUIS ZUNIGA GARCIA            )  TIME:  10:00 a.m.
                                  )  COURT: Hon. Edward J. Garcia
15           Defendants.          )
    _____ )
16
```

17                            Stipulation

18      The parties, through undersigned counsel, stipulate that the

19 status conference, scheduled for May 15, 2009, may be continued to

20 June 19, 2009, at 10:00 a.m.  The defense attorneys are conducting

21 investigation and reviewing discovery with their respective clients.

22 As a result, the defense needs additional time before a meaningful

23 status conference can be held.  The parties also agree that time may

24 be excluded from the speedy trial calculation under the Speedy Trial

25 Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)

26 and Local Code T4.

27 / / /

28 / / /

                                    1

The parties have authorized the defense counsel for Cesar Zuniga to sign this stipulation on their behalf.

DATED: May 14, 2009           LAWRENCE G. BROWN
                              Acting United States Attorney

                        by    /s/
                              Heiko Coppola
                              Assistant U.S. Attorney

DATED: May 14, 2009
                        by    /s/ Scott Cameron
                              Scott Cameron
                              Counsel for Luis Zuniga-Garcia

DATED: May 14, 2009
                        by    /s/ Jeffrey Staniels
                              Jeffrey L. Staniels
                              Assistant Federal Defender
                              Counsel for Cesar Zuniga

## Order

Good cause appearing,

The status conference, scheduled for May 15, 2009, is continued to June 19, 2009, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED:  May 14, 2009          /s/ Edward J. Garcia
                              Edward J. Garcia
                              Senior Judge
                              United States District Court

2