```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-cr-0095 EJG |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| CESAR ADRIAN ZUNIGA ) aka Christian Beltran, and ) LUIS ZUNIGA GARCIA ) | DATE: June 19, 2009 TIME: 10:00 a.m. COURT: Hon. Edward J. Garcia |
| Defendants. ) | |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for June 19, 2009, may be continued to July 31, 2009, at 10:00 a.m. The defense attorneys are conducting an investigation which is not yet complete. As a result, the defense needs additional time before a meaningful status conference can be held. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

/ / /

1

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: June 15, 2009                    LAWRENCE G. BROWN
                                        Acting United States Attorney

                               by    /s/ Scott N. Cameron, for
                                     Heiko P. Coppola
                                     Assistant U.S. Attorney

DATED: June 15, 2009
                               by    /s/ Scott N. Cameron
                                     Scott N. Cameron
                                     Counsel for Luis Zuniga-Garcia

DATED: June 15, 2009
                               by    /s/ Scott N. Cameron, for
                                     Benjamin D. Galloway
                                     Counsel for Cesar Zuniga

## Order

Good cause appearing,

The status conference, scheduled for June 19, 2009, is continued to July 31, 2009, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.


DATED: June 17, 2009                    /s/ Edward J. Garcia
                                        Edward J. Garcia, Judge
                                        United States District Court

2