```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
JEFFREY L. STANIELS, Bar# 91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CESAR ADRIAN ZUNIGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br> CESAR ADRIAN ZUNIGA,              )<br> LUIS ALFONZO ZUNIGA-GARCIA,       )<br>                                   )<br>            Defendants.            )<br> _____ ) | Cr.S. 09-095-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 31, 2009<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendants, CESAR ADRIAN ZUNIGA by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, and LUIS ALFONZO ZUNIGA-GARCIA by and through his counsel, SCOTT CAMERON, that the status conference set for Friday, July 31, 2009 be continued to Friday, September 18, 2009 at 10:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1  It is further stipulated that the time period from the date of this
2 stipulation, July 27, 2009, through and including the date of the new
3 status conference hearing, September 18, 2009, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(B)(iv)and Local Code T4 [reasonable time for defense counsel to
7 prepare].

9  DATED: July 27, 2009         Respectfully submitted,
                                 DANIEL J. BRODERICK
10                               Federal Defender

11                               /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
12                               Assistant Federal Defender
                                 Attorney for Defendant
13                               CESAR ADRIAN ZUNIGA

14                               /s/ Jeffrey L. Staniels for
                                 SCOTT CAMERON
15                               Attorney for Defendant
                                 LUIS ALFONZO ZUNIGA-GARCIA

18 DATED: July 27, 2009          LAWRENCE G. BROWN
                                 Acting United States Attorney
19
                                 /s/ Jeffrey L. Staniels for
20                               HEIKO COPPOLA
                                 Assistant U.S. Attorney
21                               Attorney for Plaintiff

**O R D E R**

   **IT IS SO ORDERED.**  Time is excluded from today's date through and including September 18, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.


DATED: July 27, 2009.              /s/ July 27, 2009
                                   EDWARD J. GARCIA
                                   United States District Judge