DANIEL J. BRODERICK, Bar# 89424
Federal Defender
JEFFREY L. STANIELS, Bar# 91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CESAR ADRIAN ZUNIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-095-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: September 18, 2009 |
| CESAR ADRIAN ZUNIGA, ) | TIME: 10:00 a.m. |
| LUIS ALFONZO ZUNIGA-GARCIA, ) | JUDGE: Hon. Edward J. Garcia |
| ) | |
| Defendants. ) | |
| ) | |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendants, CESAR ADRIAN ZUNIGA by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, and LUIS ALFONZO ZUNIGA-GARCIA by and through his counsel, SCOTT CAMERON, that the status conference set for Friday, September 18, 2009 be continued to Thursday, October 15, 2009, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to continue on-going investigation the circumstances surrounding the arrest of the defendants.

**IT IS FURTHER STIPULATED** that the time period from the date of this stipulation, September 15, 2009, through and including the date of the new status conference hearing, October 15, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: September 15, 2009     Respectfully submitted,
                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              CESAR ADRIAN ZUNIGA

                              /s/ Jeffrey L. Staniels for
                              SCOTT CAMERON
                              Attorney for Defendant
                              LUIS ALFONZO ZUNIGA-GARCIA


DATED: September 15, 2009     LAWRENCE G. BROWN
                              United States Attorney

                              /s/ Jeffrey L. Staniels for
                              HEIKO COPPOLA
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

1 **O R D E R**

2 **IT IS SO ORDERED.** Time is excluded from September 15, 2009, through
3 and including October 15, 2009 in the interests of justice pursuant to
4 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local
5 Code T4.

6         By the Court,

8 DATED: September 17, 2009.   /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
9                                    Senior United States District Judge