```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CESAR ADRIAN ZUNIGA<br>aka Christian Beltran, and<br>LUIS ZUNIGA GARCIA<br><br>        Defendants. | CASE NO.  2:09-cr-0095 EJG<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br>DATE:  October 15, 2009<br>TIME:  10:00 a.m.<br>COURT: Hon. Edward J. Garcia |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference, scheduled for October 15, 2009, may be continued to December 11, 2009, at 10:00 a.m. The defense attorneys are conducting an investigation which is not yet complete. As a result, the defense needs additional time before a meaningful status conference can be held. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

/ / /

1

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: October 14, 2009                LAWRENCE G. BROWN
                                       United States Attorney

                                by     /s/ Scott N. Cameron, for
                                       Heiko P. Coppola
                                       Assistant U.S. Attorney

DATED: October 14, 2009
                                by     /s/ Scott N. Cameron
                                       Scott N. Cameron
                                       Counsel for Luis Zuniga-Garcia

DATED: October 14, 2009
                                by     /s/ Scott N. Cameron, for
                                       Benjamin D. Galloway
                                       Counsel for Cesar Zuniga

## Order

Good cause appearing,

The status conference, scheduled for October 15, 2009, is continued to December 11, 2009, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.


DATED: October 15, 2009                /s/ Edward J. Garcia
                                       Edward J. Garcia, Judge
                                       United States District Court

2