DANIEL J. BRODERICK, Bar# 89424
Federal Defender
JEFFREY L. STANIELS, Bar# 91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CESAR ADRIAN ZUNIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-095-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: December 11, 2009 |
| CESAR ADRIAN ZUNIGA, ) | TIME: 10:00 a.m. |
| LUIS ALFONZO ZUNIGA-GARCIA, ) | JUDGE: Hon. Edward J. Garcia |
| ) | |
| Defendants. ) | |
| ) | |

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendants, CESAR ADRIAN ZUNIGA by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, and LUIS ALFONZO ZUNIGA-GARCIA by and through his counsel, SCOTT CAMERON, that the status conference set for Friday, December 11, 2009, be continued to Thursday, January 22, 2010, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to continue on-going investigation the circumstances surrounding the arrest of the defendants.

**IT IS FURTHER STIPULATED** that the time period from the date of this stipulation, December 9, 2009, through and including the date of the new status conference hearing, January 22, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: December 9, 2009          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 CESAR ADRIAN ZUNIGA

                                 /s/ Jeffrey L. Staniels for
                                 SCOTT CAMERON
                                 Attorney for Defendant
                                 LUIS ALFONZO ZUNIGA-GARCIA


DATED: December 9, 2009          BEN WAGNER
                                 United States Attorney

                                 /s/ Jeffrey L. Staniels for
                                 HEIKO COPPOLA
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from December 11, 2009, through and including January 22, 2010 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

By the Court,

DATED: December 9, 2009.   /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
Senior United States District Judge