DANIEL J. BRODERICK, Bar# 89424
Federal Defender
JEFFREY L. STANIELS, Bar# 91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CESAR ADRIAN ZUNIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   Cr.S. 09-095-EJG
          Plaintiff,             )
                                 )   **STIPULATION AND ORDER**
     v.                          )
                                 )   DATE: January 22, 2010
CESAR ADRIAN ZUNIGA,             )   TIME: 10:00 a.m.
LUIS ALFONZO ZUNIGA-GARCIA,      )   JUDGE: Hon. Edward J. Garcia
                                 )
          Defendants.            )
                                 )
_____

   **IT IS HEREBY STIPULATED** and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendants, CESAR ADRIAN ZUNIGA by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, and LUIS ALFONZO ZUNIGA-GARCIA by and through his counsel, SCOTT CAMERON, that the status conference set for Friday, January 22, 2010, be continued to Friday, March 26, 2010, at 10:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to continue on-going investigation into the circumstances pertinent to the stop and subsequent arrest of the defendants.

1  Furthermore, certain documents and materials which are pertinent to
2  the circumstances underlying these charges as well as those pending in
3  another case in this district are currently being reviewed by the
4  government pursuant to a court order requiring that they be provided to
5  defense counsel by March 11, 2010.  Once these documents are received,
6  it is anticipated that a minimum of two weeks will be needed to fully
7  review them and conduct further investigation based thereon.  This
8  review and investigation is essential to defense preparation in this
9  case.  The parties stipulate that the ends of justice served by
10 granting this continuance outweigh the best interests of the public and
11 the defendant in a speedy trial.

12 **IT IS FURTHER STIPULATED** that the time period from the date of this
13 stipulation, January 22, 2010, through and including the date of the
14 new status conference hearing, March 26, 2010, shall be excluded from
15 computation of time within which the trial of this matter must be
16 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
17 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to
18 prepare].

20 DATED: January 20, 2010          Respectfully submitted,

21                                  DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Jeffrey L. Staniels
23                                  JEFFREY L. STANIELS
                                    Assistant Federal Defender
24                                  Attorney for Defendant
                                    CESAR ADRIAN ZUNIGA

                                    /s/ Jeffrey L. Staniels for
26                                  SCOTT CAMERON
                                    Attorney for Defendant
27                                  LUIS ALFONZO ZUNIGA-GARCIA

1  DATED: January 20, 2010         BENJAMIN B. WAGNER
                                   United States Attorney
2
                                   /s/ Jeffrey L. Staniels for
3                                  HEIKO COPPOLA
                                   Assistant U.S. Attorney
4                                  Attorney for Plaintiff

5

6

7                               O R D E R

8     For the reasons stated in the above stipulation of counsel, the
9  status conference set for Friday, January 22, 2010, is hereby continued
10 until Friday, March 26, 2010, at 10:00 a.m.  The ends of justice served
11 by granting this continuance outweigh the best interests of the public
12 and the defendant in a speedy trial.  Time for trial under the Speedy
13 Trial Act is excluded from January 22, 2010, through and including
14 March 26, 2010 in the interests of justice pursuant to 18 U.S.C.
15 §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.
16                 By the Court,

17

18 DATED: January 21, 2010.           /s/ Edward J. Garcia
                                      HON. EDWARD J. GARCIA
19                                    Senior United States District Judge

**3**