```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar# 91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5
    Attorney for Defendant
 6  CESAR ADRIAN ZUNIGA

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 )   Cr.S. 09-00095-EJG
12            Plaintiff,         )
                                 )   STIPULATION AND [PROPOSED]
13       v.                      )   ORDER
                                 )
14  CESAR ADRIAN ZUNIGA,         )   DATE: June 11, 2010
    LUIS ALFONZO ZUNIGA-GARCIA,  )   TIME: 10:00 a.m.
15                               )   JUDGE: Hon. Edward J. Garcia
              Defendants.        )
16                               )
    _____
17
```

**IT IS HEREBY STIPULATED** and agreed to between the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendants, CESAR ADRIAN ZUNIGA by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, and LUIS ALFONZO ZUNIGA-GARCIA by and through his counsel, SCOTT CAMERON, that the status conference set for Friday, March 26, 2010, be continued to Friday, June 11, 2010, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to continue ongoing investigation of the circumstances surrounding the arrest of the defendants.  Defense counsel have just received additional discovery related to potential motions in the case

1  that requires substantial additional follow-up investigation.

2  The parties stipulate that the ends of justice served by granting
3  this continuance outweigh the best interests of the public and the
4  defendant in a speedy trial.

5  **IT IS FURTHER STIPULATED** that the time period from the date of this
6  stipulation, March 23, 2010, through and including the date of the new
7  status conference hearing, June 11, 2010, shall be excluded from
8  computation of time within which the trial of this matter must be
9  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
10 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to
11 prepare].

12

13 DATED: March 23, 2010         Respectfully submitted,

14

15                               DANIEL J. BRODERICK
                                 Federal Defender
16
                                 /s/ Jeffrey L. Staniels
17                               JEFFREY L. STANIELS
                                 Assistant Federal Defender
18                               Attorney for Defendant
                                 CESAR ADRIAN ZUNIGA
19
                                 /s/ Jeffrey L. Staniels for
20                               SCOTT CAMERON
                                 Attorney for Defendant
21                               LUIS ALFONZO ZUNIGA-GARCIA

22

23 DATED: March 23, 2010         BENJAMIN B. WAGNER
                                 United States Attorney
24
                                 /s/ Jeffrey L. Staniels for
25                               HEIKO COPPOLA
                                 Assistant U.S. Attorney
26                               Attorney for Plaintiff

27

28

**2**

O R D E R

For the reasons stated in the above stipulation of counsel, the status conference set for Friday, March 26, 2010, is hereby continued until Friday, June 11, 2010, at 10:00 a.m.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from March 26, 2010, through and including June 11, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

By the Court,

DATED: March 23, 2010         /s/Edward J. Garcia
                              HON. EDWARD J. GARCIA
                              Senior United States District Judge