SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>CESAR ADRIAN ZUNIGA                )<br>aka Christian Beltran, and        )<br>LUIS ZUNIGA GARCIA                 )<br>                                   )<br>            Defendants.            )<br>_____) | CASE NO.  2:09-cr-0095 EJG<br><br>STIPULATION AND ORDER CONTINUING<br>STATUS CONFERENCE<br><br><br><br>DATE:  June 11, 2010<br>TIME:  10:00 a.m.<br>COURT: Hon. Edward J. Garcia |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference, scheduled for June 11, 2010, may be continued to July 30, 2010, at 10:00 a.m.  The defense attorneys are conducting an investigation which is not yet complete.  As a result, the defense needs additional time before a meaningful status conference can be held.  The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

/ / /

/ / /

1

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: June 8, 2010                    BENJAMIN WAGNER
                                       United States Attorney

                              by    /s/ Scott N. Cameron, for
                                    Heiko P. Coppola
                                    Assistant U.S. Attorney

DATED: June 8, 2010
                              by    /s/ Scott N. Cameron
                                    Scott N. Cameron
                                    Counsel for Luis Zuniga-Garcia

DATED: June 8, 2010
                              by    /s/ Scott N. Cameron, for
                                    Benjamin D. Galloway
                                    Counsel for Cesar Zuniga

## Order

Good cause appearing,

The status conference, scheduled for June 11, 2010, is continued to July 30, 2010, at 10:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.


DATED: June 8, 2010                    /s/ Edward J. Garcia
                                       Edward J. Garcia, Judge
                                       United States District Court

2