DANIEL J. BRODERICK, Bar# 89424
Federal Defender
JEFFREY L. STANIELS, Bar# 91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CESAR ADRIAN ZUNIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-095-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING CASE** |
| | ) | |
| CESAR ADRIAN ZUNIGA, | ) | |
| LUIS ALFONZO ZUNIGA-GARCIA, | ) | DATE: July 30, 2010 |
| | ) | TIME: 10:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Edward J. Garcia |
| _____ | ) | |

**IT IS HEREBY STIPULATED** and agreed to by and among the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendants, CESAR ADRIAN ZUNIGA by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, and LUIS ALFONZO ZUNIGA-GARCIA by and through his counsel, SCOTT CAMERON, that the status conference set for Friday, July 30, 2010, be vacated and that the case be continued to Friday, August 27, 2010, at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to complete substantial ongoing investigation of the circumstances surrounding the arrest of the defendants in anticipation of forthcoming motions in the case.

1   The parties stipulate that the ends of justice served by granting
2   this continuance outweigh the best interests of the public and the
3   defendant in a speedy trial.
4   **IT IS FURTHER STIPULATED** that the time period from the date of this
5   stipulation, July 26, 2010, through and including the date of the new
6   status conference hearing, August 27, 2010, shall be excluded from
7   computation of time within which the trial of this matter must be
8   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
9   (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to
10  prepare].

12  DATED: July 26, 2010            Respectfully submitted,

14                                  DANIEL J. BRODERICK
                                    Federal Defender

16                                  /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
17                                  Attorney for Defendant
                                    CESAR ADRIAN ZUNIGA

19                                  /s/ Jeffrey L. Staniels for
                                    SCOTT CAMERON
                                    Attorney for Defendant
20                                  LUIS ALFONZO ZUNIGA-GARCIA

22  DATED: July 26, 2010            BENJAMIN B. WAGNER
                                    United States Attorney

24                                  /s/ Jeffrey L. Staniels for
                                    HEIKO COPPOLA
                                    Assistant U.S. Attorney
25                                  Attorney for Plaintiff

O R D E R

For the reasons stated in the above stipulation of counsel, the status conference set for Friday, July 30, 2010, is hereby continued until Friday, August 27, 2010, at 10:00 a.m.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from July 26, 2010, through and including August 27, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

By the Court,

DATED: July 28, 2010.          /s/ Edward J. Garcia
                               HON. EDWARD J. GARCIA
                               Senior United States District Judge