1 SCOTT N. CAMERON
  Attorney at Law
2 1007 7th Street, Suite 319
  Sacramento, California 95814
3 Telephone: (916) 442-5230

4 Attorney for:
  LUIS ZUNIGA-GARCIA

5

6

7          IN THE UNITED STATES DISTRICT COURT

8         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,  )  CASE NO.  2:09-cr-0095 EJG
                              )
11            Plaintiff,      )  STIPULATION AND [PROPOSED] ORDER
                              )  SETTING BRIEFING SCHEDULE AND
12    v.                      )  HEARING DATE FOR THE GOVERNMENT'S
                              )  MOTION TO QUASH SUBPOENA
13 CESAR ADRIAN ZUNIGA        )
   aka Christian Beltran, and )
14 LUIS ZUNIGA GARCIA         )
                              )  DATE:  August 25, 2010
15            Defendants.     )  TIME:  10:00 a.m.
   _____)  COURT: Hon. Kendall J. Newman
16

17                         Stipulation

18     LUIS ZUNIGA-GARCIA, through his attorney, Scott N. Cameron, moved
19 this court for the issuance of a subpoena pursuant to Rule 17(c).  The
20 government filed a motion to quash said subpoena requesting a hearing
21 date.  The parties, through undersigned counsel, stipulate that a non-
22 evidentiary hearing is appropriate as there are contested issues of
23 law.  The parties further stipulate to the following briefing schedule
24 and hearing date:
25         Government's Moving papers: Already filed
26         Zuniga-Garcia's Opposition Brief: August 11, 2010
27         Government's Reply Brief: August 18, 2010
28         Non-evidentiary Hearing: August 25, 2010, 10:00 a.m.

                                1

The prosecutor has authorized defense counsel for Luis Zuniga-Garcia to sign this stipulation on his behalf.

DATED: August 5, 2010  BENJAMIN WAGNER
United States Attorney

by  /s/ Scott N. Cameron, for
Heiko P. Coppola
Assistant U.S. Attorney

DATED: August 5, 2010

by  /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Luis Zuniga-Garcia

**ORDER**

The parties' stipulation is HEREBY APPROVED, and the parties are HEREBY ORDERED to comply with the briefing schedule stated therein.

IT IS SO ORDERED.

DATED: August 4, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2