```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CESAR ADRIAN ZUNIGA<br>aka Christian Beltran, and<br>LUIS ZUNIGA GARCIA<br><br>        Defendants. | CASE NO.  2:09-cr-0095 EJG<br><br>STIPULATION AND ORDER CONTINUING THE HEARING ON THE GOVERNMENT'S MOTION FOR AN ORDER DENYING THE ISSUANCE OF A SUBPOENA<br><br>DATE:  August 25, 2010<br>TIME:  10:00 a.m.<br>COURT: Hon. Kendall J. Newman |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the hearing on the government's motion for an order denying the issuance of a subpoena, scheduled for August 25, 2010, may be continued to September 15, 2010, at 10:00 a.m.  It is further stipulated that due date for the government's reply brief for the motion may be extended to September 8, 2010.  The parties in this matter have met and conferred and are close to resolving the contested issues without litigation.  The additional time requested could result in the parties resolving the disputed issues and the government possibly withdrawing the motion.

/ / /

1

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: August 22, 2010                BENJAMIN WAGNER
                                      United States Attorney

                                by    /s/ Scott N. Cameron, for
                                      Heiko P. Coppola
                                      Assistant U.S. Attorney

DATED: August 22, 2010
                                by    /s/ Scott N. Cameron
                                      Scott N. Cameron
                                      Counsel for Luis Zuniga-Garcia

## Order

IT IS SO ORDERED.  The hearing on the government's motion for an order denying the issuance of a subpoena, scheduled for August 25, 2010 at 10:00 AM is continued to September 15, 2010, at 2:00 p.m. before the Honorable Kendall J. Newman.

DATED: August 23, 2010                /s/ Kendall J. Newman
                                      HONORABLE KENDALL J. NEWMAN
                                      United States Magistrate Judge