1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar# 91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5
   Attorney for Defendant
6  CESAR ADRIAN ZUNIGA

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    Cr.S. 09-095-EJG
                                 )
12              Plaintiff,       )
                                 )    **STIPULATION AND ORDER**
13       v.                      )    **CONTINUING CASE**
                                 )
14  CESAR ADRIAN ZUNIGA,         )
    LUIS ALFONZO ZUNIGA-GARCIA,  )    DATE:  August 27, 2010
15                               )    TIME:  10:00 a.m.
                Defendants.      )    JUDGE: Hon. Edward J. Garcia
16  _____)

17

18      **IT IS HEREBY STIPULATED** and agreed to by and among the United States

19  of America through HEIKO COPPOLA, Assistant U.S. Attorney, and

20  defendants, CESAR ADRIAN ZUNIGA by and through his counsel, JEFFREY L.

21  STANIELS, Assistant Federal Defender, and LUIS ALFONZO ZUNIGA-GARCIA by

22  and through his counsel, SCOTT CAMERON, that the status conference,

23  scheduled for August 27, 2010, be vacated, that a briefing schedule be

24  established for the filing and determination of defendants' motion to

25  suppress evidence and motion to dismiss for violation of the Fifth and

26  Fourteenth Amendments based on alleged law enforcement

27  racially/ethnically discriminatory pattern and practice of stopping and

28  searching Hispanic drivers on Interstate Highway 5.

1    The following briefing schedule for the above-stated motions is

2   agreed to and is based on a conference among counsel in order to

3   accommodate government counsel's pre-existing trial schedule, as well

4   as the schedules of defense counsel:

5       Defendants' Moving Papers:                    October 22, 2010

6       Government's Opposition:                     November 12, 2010

7       Defendants' Optional Reply:                   December 3, 2010

8       Non-evidentiary Hearing and
        Evidentiary Hearing Setting:                 December 17, 2010
9

10    IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial

11  Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) &

12  (B)(iv), Local Code E (commencing with the filing of motions) and T-4

13  (commencing August 27, 2010).  The parties agree that the interests of

14  justice served by granting this continuance outweigh the best interests

15  of the public and defendant in a speedy trial.

16  DATED: August 25, 2010

17                              BENJAMIN WAGNER
                                United States Attorney
18
                        by    /s/ Heiko Coppola
19                            HEIKO P. COPPOLA
                              Assistant U.S. Attorney
20

21  DATED: August 25, 2010
                        by    /s/ Scott N. Cameron
22                            SCOTT N. CAMERON
                              Counsel for Luis Zuniga-Garcia
23
    DATED: August 25, 2010
24                      by    DANIEL J. BRODERICK
                              Federal Defender
25
                              /s/ Jeffrey L. Staniels
26                            JEFFREY L. STANIELS
                              Assistant Federal Defender
27                            Attorney for Defendant
                              CESAR ADRIAN ZUNIGA
28

O R D E R

For the reasons stated in the above stipulation of counsel, the status conference set for Friday, August 27, 2010, is hereby vacated, and the briefing schedule stipulated to by counsel is adopted.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from August 27, 2010, through December 17, 2010 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(1)(D), Local Codes E (commencing with the filing of motions).

By the Court,


DATED: August <u>26, 2010</u>          <u>/s/</u>
                                 HON. EDWARD J. GARCIA
                                 Senior United States District Judge