SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         Plaintiff,    v.  CESAR ADRIAN ZUNIGA aka Christian Beltran, and LUIS ZUNIGA GARCIA         Defendants. | CASE NO. 2:09-cr-00095 EJG  STIPULATION AND ORDER VACATING THE HEARING ON THE GOVERNMENT'S MOTION FOR AN ORDER DENYING THE ISSUANCE OF A SUBPOENA  DATE: September 15, 2010 TIME: 10:00 a.m. COURT: Hon. Kendall J. Newman |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the hearing on the government's motion for an order denying the issuance of a subpoena, scheduled for September 15, 2010, may be vacated and that the defendant LUIS ZUNIGA-GARCIA'S "FIRST AMENDED Request for Authorization to Issue Subpoena Duces Tecum Pursuant to F.R.Crim. P. 17( c)", dated July 21, 2010, be withdrawn. SCOTT N. CAMERON, counsel for defendant LUIS ZUNIGA-GARCIA, and Assistant United States Attorney, HEIKO P. COPPOLA, met and conferred on August 20, 2010, and reached a compromise which has rendered the issuance of the subpoena unnecessary.

/ / /

It is further stipulated that the Court's order may be without prejudice for either defendant in this action to renew the request for the subpoena at issue, or to request a new and different subpoena. Likewise, it is stipulated that the Court's order may be without prejudice to the government to renew it's motion to deny the issuance of the subpoena, and to a file a reply brief to LUIS ZUNIGA-GARCIA'S opposition to said motion if it is renewed.

The prosecutor has authorized the defense counsel for LUIS ZUNIGA-GARCIA to sign this stipulation on his behalf.

DATED: September 10, 2010                     BENJAMIN WAGNER
                                              United States Attorney

                                    by    /s/ Scott N. Cameron, for
                                          Heiko P. Coppola
                                          Assistant U.S. Attorney

DATED: September 10, 2010
                                    by    /s/ Scott N. Cameron
                                          Scott N. Cameron
                                          Counsel for Luis Zuniga-Garcia

<u>Order</u>

IT IS SO ORDERED.

DATED:  September 10, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE