1   SCOTT N. CAMERON
    Attorney at Law
2   1007 7th Street, Suite 319
    Sacramento, California 95814
3   Telephone: (916) 442-5230

4   Attorney for:
    LUIS ZUNIGA-GARCIA

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   CASE NO.  2:09-cr-0095 EJG
                                   )
12                 Plaintiff,      )   **STIPULATION AND ORDER CONTINUING**
                                   )   **BRIEFING SCHEDULE AND NON-**
13        v.                       )   **EVIDENTIARY HEARING DATE, AND**
                                   )   **EXCLUDING TIME**
14  CESAR ADRIAN ZUNIGA            )
    aka Christian Beltran, and     )
15  LUIS ZUNIGA GARCIA             )   DATE:    October 22, 2010
                                   )   TIME:    10:00 a.m.
16                 Defendants.     )   COURT:   Hon. Edward J. Garcia
    ───────────────────────────    )

17

18                             Stipulation

19       The  parties,  through  undersigned  counsel,  stipulate  that  the

20  briefing  schedule  for  the  filing  and  determination  of  defendants'

21  motion to suppress evidence and motion to dismiss for violation of the

22  Fifth  and  Fourteenth  Amendments  may  be  continued  according  to  the

23  dates  listed  below.     To  support  the  said  motions,  defendants

24  subpoenaed  certain  documents  and  the  government  moved  to  the  court  to

25  deny  the  issuance  of  the  subpoena.    To  avoid  unnecessary  litigation

26  and  judicial  resources,  the  parties  met  and  conferred  and  agreed  that

27  certain  items  sought  by  the  subpoena  would  be  produced  by  the

28  government  in  discovery.    The  government  has  recently  received  the

                                       1

documentation which the defendants deem necessary to support the motions at issue; however, the government is still in the process of preparing the materials for discovery.  As a result, the defendants are not able to prepare or file the moving papers at this time.   In light of this unanticipated delay, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

| | |
|---|---|
| Defendants' Moving Papers: | November 12, 2010 |
| Government's Opposition: | December 10, 2010 |
| Defendants' Optional Reply: | December 23, 2010 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | January 14, 2011 |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: October 20, 2010                    BENJAMIN WAGNER
                                           United States Attorney

                                   by      /s/ Scott N. Cameron, for
                                           Heiko P. Coppola
                                           Assistant U.S. Attorney

2

DATED: October 20, 2010

by   /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Luis Zuniga-Garcia


DATED: October 20, 2010

by   DANIEL J. BRODERICK
Federal Defender

/s/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
CESAR ADRIAN ZUNIGA

                          Order

     For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

     The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through January 14, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).


DATED: October 21, 2010          /s/ Edward J. Garcia
                                 Edward J. Garcia, Judge
                                 United States District Court