SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-cr-0095 EJG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND NON-EVIDENTIARY HEARING DATE, AND EXCLUDING TIME** |
| v. | |
| CESAR ADRIAN ZUNIGA aka Christian Beltran, and LUIS ZUNIGA GARCIA | |
| Defendants. | |

Stipulation

The parties, through undersigned counsel, stipulate that the briefing schedule for the filing and determination of defendants' motion to suppress evidence and motion to dismiss for violation of the Fifth and Fourteenth Amendments may be continued according to the dates listed below. To support the said motions, defendants subpoenaed certain documents and the government moved the court to deny the issuance of the subpoena. To avoid unnecessary litigation and judicial resources, the parties met and conferred and agreed that certain items sought by the subpoena would be produced by the government in discovery. On or about October 21, the government

1

discovered the first wave of documentation; however, the government is still in the process of preparing additional materials for discovery in lieu of the above mentioned subpoena which defendants deem necessary to support the motions at issue.

In addition, some of the officers and experts involved in the above described motion testified in a similar motion in which some of the same evidentiary issues were addressed. <u>United States v. Sanchez-Palomino, et. al.</u>, 09-CR-0094 MCE. The defense counsel in the instant case intends to utilize the transcripts from this multi-day hearing as exhibits in the instant motion. The transcripts will not be available until November 12, 2010.

As a result, the defendants are not able to prepare or file the moving papers at this time. The parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

| | |
|---|---|
| Defendants' Moving Papers: | December 30, 2010 |
| Government's Opposition: | January 28, 2011 |
| Defendants' Optional Reply: | February 18, 2011 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | March 4, 2011 |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Luis Zuniga-

Garcia to sign this stipulation on their behalf.

DATED: November 9, 2010                    BENJAMIN WAGNER
                                           United States Attorney

                                 by   /s/ Scott N. Cameron, for
                                      Heiko P. Coppola
                                      Assistant U.S. Attorney

DATED: November 9, 2010
                                 by   /s/ Scott N. Cameron
                                      Scott N. Cameron
                                      Counsel for Luis Zuniga-Garcia

DATED: November 9, 2010
                                 by   DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      CESAR ADRIAN ZUNIGA

                                    Order

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through March 4, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: November 10, 2010                   /s/ Edward J. Garcia
                                           Edward J. Garcia, Judge
                                           United States District Court