SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:09-cr-0095 EJG |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **BRIEFING SCHEDULE AND NON-** |
| v. ) | **EVIDENTIARY HEARING DATE, AND** |
| ) | **EXCLUDING TIME** |
| CESAR ADRIAN ZUNIGA ) | |
| aka Christian Beltran, and ) | |
| LUIS ZUNIGA GARCIA ) | |
| ) | |
| Defendants. ) | |

Stipulation

The parties, through undersigned counsel, stipulate that the briefing schedule for the filing and determination of defendants' motion to suppress evidence and motion to dismiss for violation of the Fifth and Fourteenth Amendments may be continued according to the dates listed below.  The reasons for this needed continuance is as follows:

1. To support the said motions, defendants subpoenaed certain documents and the government moved the court to deny the issuance of the subpoena.  To avoid unnecessary litigation and judicial resources, the parties met and conferred and

1

      agreed that certain items sought by the subpoena would be produced by the government in discovery. On December 10, 2011, the defense received the final pages of discovery in lieu of the subpoena.

2. Some of the officers and experts involved in the above described motion testified in a similar motion in which some of the same evidentiary issues were addressed. <u>United States v. Sanchez-Palomino, et. al.</u>, 09-CR-0094 MCE. The defense counsel in the instant case intends to utilize the transcripts from this multi-day hearing as exhibits in the instant motion. The costs for the transcripts has been approved by the Honorable Judge Garcia and **the court reporter is scheduled to provide the copy to the defense within the next few days**. The transcript is 1,247 pages long.

3. Scott N. Cameron, counsel for Luis Zuniga-Garcia, is the primary attorney working the above-stated motions. Scott N. Cameron recently completed a three week jury trial and is scheduled to start a trial in state court on December 22, 2011. Therefore, the additional time requested is also necessary for counsel preparation.

As a result, the defendants are not able to prepare or file the moving papers at this time. The parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

/ / /

/ / /

/ / /

| | |
|---|---:|
| Defendants' Moving Papers: | February 4, 2011 |
| Government's Opposition: | March 4, 2011 |
| Defendants' Optional Reply: | March 25, 2011 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | April 8, 2011 |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: December 17, 2010        BENJAMIN WAGNER
                                United States Attorney

                         by     /s/ Scott N. Cameron, for
                                Heiko P. Coppola
                                Assistant U.S. Attorney

DATED: December 17, 2010
                         by     /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for Luis Zuniga-Garcia

DATED: December 17, 2010
                         by     DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Scott N. Cameron, for
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                CESAR ADRIAN ZUNIGA

3

1                              Order
2      For the reasons stated in the above stipulation of counsel, the
3 briefing schedule and non-evidentiary hearing date stipulated to by
4 counsel is hereby ordered.
5      The court finds that the ends of justice served by granting this
6 continuance outweigh the best interests of the public and the
7 defendants in a speedy trial.  Time for trial under the Speedy Trial
8 Act is excluded from the date of the execution of this stipulation
9 through April 8, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)
10 [reasonable time to prepare], Local Code T4, and 18 U.S.C.
11 § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of
12 motions).
13
14 DATED: December 20, 2010           /s/ Edward J. Garcia
                                      Edward J. Garcia, Judge
15                                    United States District Court

4