DANIEL J. BRODERICK, Bar# 89424
Federal Defender
JEFFREY L. STANIELS, Bar# 91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
CESAR ADRIAN ZUNIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 09-095-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND MODIFYING** |
| v. | ) | **MOTION BRIEFING SCHEDULE** |
| | ) | |
| CESAR ADRIAN ZUNIGA, | ) | |
| LUIS ALFONZO ZUNIGA-GARCIA, | ) | DATE: April 8, 2011 |
| | ) | TIME: 10:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Edward J. Garcia |
| _____ | ) | |

**IT IS HEREBY STIPULATED** and agreed to by and among the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendants, CESAR ADRIAN ZUNIGA by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, and LUIS ALFONZO ZUNIGA-GARCIA by and through his counsel, SCOTT CAMERON, that the Non-Evidentiary Hearing on an anticipated defense motion to dismiss and/or suppress evidence remain as currently scheduled on April 8, 2011, but that the briefing schedule be modified as set forth below.  The reason for the requested modification of the briefing schedule is to facilitate on-going discussions about possible resolution of the case in lieu of proceeding on the motion.

1   The following briefing schedule for the above-stated motions is
2 agreed to and is based on a conference among counsel in order to
3 accommodate government counsel's pre-existing trial schedule, as well
4 as the schedules of defense counsel:
5   Defendants' Moving Papers:                          February 18, 2011
6   Government's Opposition:                            March 18, 2011
7   Defendants' Optional Reply:                         March 28, 2011
8   Non-evidentiary Hearing and
    Evidentiary Hearing Setting:                        April 8, 2011
9
10   IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial
11 Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) &
12 (B)(iv), Local Code E (commencing with the filing of motions) and T-4
13 as previously set, CR 61(commencing December 20, 2010), and continuing
14 until and including April 8, 2011.  The parties agree that the
15 interests of justice served by granting this continuance outweigh the
16 best interests of the public and defendant in a speedy trial.
17 DATED: August 25, 2010
18                                       BENJAMIN WAGNER
                                        United States Attorney
19
                              by   /s/ Heiko Coppola
20                                 HEIKO P. COPPOLA
                                   Assistant U.S. Attorney
21
22 DATED: August 25, 2010
                              by   /s/ Scott N. Cameron
23                                 SCOTT N. CAMERON
                                   Counsel for Luis Zuniga-Garcia
24
   DATED: August 25, 2010
25                            by   DANIEL J. BRODERICK
                                   Federal Defender
26
                                   /s/ Jeffrey L. Staniels
27                                 JEFFREY L. STANIELS
                                   Assistant Federal Defender
28                                 Attorney for Defendant
                                   CESAR ADRIAN ZUNIGA

O R D E R

For the reasons stated in the above stipulation of counsel, the modified briefing schedule stipulated to by counsel is adopted.

The court confirms its earlier finding, CR 61, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time for trial under the Speedy Trial Act remains excluded until April 8, 2011, §3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and also pursuant to 18 U.S.C. § 3161(h)(1)(D), Local Codes E, commencing with the filing of motions.

By the Court,

DATED: February 3, 2011          /s/ Edward J. Garcia
                                 HON. EDWARD J. GARCIA
                                 Senior United States District Judge