```
1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   JEFFREY L. STANIELS, Bar# 91413
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5
    Attorney for Defendant
6   CESAR ADRIAN ZUNIGA

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,   )   Cr.S. 09-095-EJG
11                              )
               Plaintiff,       )
12                              )   STIPULATION AND MODIFYING
         v.                     )   MOTION BRIEFING SCHEDULE
13                              )
    CESAR ADRIAN ZUNIGA,        )
14  LUIS ALFONZO ZUNIGA-GARCIA, )   DATE: April 8, 2011
                                )   TIME: 10:00 a.m.
15             Defendants.      )   JUDGE: Hon. Edward J. Garcia
    _____)
16
```

**IT IS HEREBY STIPULATED** and agreed to by and among the United States of America through HEIKO COPPOLA, Assistant U.S. Attorney, and defendants, CESAR ADRIAN ZUNIGA by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, and LUIS ALFONZO ZUNIGA-GARCIA by and through his counsel, SCOTT CAMERON, that the current briefing schedule and hearing date on the anticipated defense motion to dismiss and/or suppress evidence be vacated and that a new schedule be established as set forth below.  This new schedule is requested in order to permit the parties to complete on-going discussions which the parties believe may resolve the case and render the motion moot.  The court is advised that counsel are optimistic about the possibility of resolution and that they have conferred and selected dates which

account for some periods of unavailability due to the schedules of various counsel.

The following briefing schedule for the above-stated motions is agreed to and is based on a conference among counsel in order to accommodate government counsel's pre-existing trial schedule, as well as the schedules of defense counsel:

| | |
|---|---|
| Defendants' Moving Papers: | April 1, 2011 |
| Government's Opposition: | April 22, 2011 |
| Defendants' Optional Reply: | May 6, 2011 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | May 13, 2011 |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Code E (commencing with the filing of motions) and T-4 commencing with the filing of this stipulation, continuing until and including May 13, 2011.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.

DATED: August 25, 2010

                                    BENJAMIN WAGNER
                                    United States Attorney

                   by   /s/ Heiko Coppola
                         HEIKO P. COPPOLA
                         Assistant U.S. Attorney

DATED: August 25, 2010
                   by   /s/ Scott N. Cameron
                         SCOTT N. CAMERON
                         Counsel for Luis Zuniga-Garcia

```
DATED: August 25, 2010
                              by    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    CESAR ADRIAN ZUNIGA
```

### **O R D E R**

For the reasons stated in the above stipulation of counsel, the motion hearing date of April 8, 2011, is hereby vacated and the new briefing schedule stipulated to by counsel is adopted.

The court confirms its earlier findings that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time for trial under the Speedy Trial Act is excluded until May 13, 2011, §3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and also pursuant to 18 U.S.C. § 3161(h)(1)(D), Local Code E, commencing with the filing of motions.

```
                                    By the Court,


DATED: February 16, 2011            /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    Senior United States District Judge
```