1 | SCOTT N. CAMERON
Attorney at Law
2 | 1007 7th Street, Suite 319
Sacramento, California 95814
3 | Telephone: (916) 442-5230

4 | Attorney for:
LUIS ZUNIGA-GARCIA



FILED

APR  4 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,               CASE NO.  2:09-cr-0095 EJG

12 |                    Plaintiff,        **STIPULATION AND [PROPOSED] ORDER
                                          CONTINUING BRIEFING SCHEDULE AND**
13 |           v.                         **NON-EVIDENTIARY HEARING DATE, AND
                                          EXCLUDING TIME**
14 | CESAR ADRIAN ZUNIGA
aka Christian Beltran, and
15 | LUIS ZUNIGA GARCIA

16 |                    Defendants.

C/EJG

## Stipulation

The parties, through undersigned counsel, stipulate that the briefing schedule for the filing and determination of defendants' motion to suppress evidence and motion to dismiss for violation of the Fifth and Fourteenth Amendments may be continued according to the dates listed below.  Negotiations are proceeding rapidly in this matter; however, there is an unresolved sentencing factor issue with respect to Luis Zuniga-Garcia.  Offers are expected to be made by the government soon and then communicated to the defendants; however, the defendants are both located in the Butte County Jail and the attorneys for the defendants need additional time to communicate with their

1

clients. The parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

| | |
|---|---|
| Defendants' Moving Papers: | May 13, 2011 |
| Government's Opposition: | June 10, 2011 |
| Defendants' Optional Reply: | July 1, 2011 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | July 15, 2011 |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: April 1, 2011                    BENJAMIN WAGNER
                                        United States Attorney

                                    by  /s/ Scott N. Cameron, for
                                        Heiko P. Coppola
                                        Assistant U.S. Attorney

DATED: April 1, 2011
                                    by  /s/ Scott N. Cameron
                                        Scott N. Cameron
                                        Counsel for Luis Zuniga-Garcia

DATED: April 1, 2011
                                    by  DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Scott N. Cameron, for
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CESAR ADRIAN ZUNIGA

<u>Order</u>

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through July 15, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED:  _April 4_, 2011

Edward J. Garcia, Judge
United States District Court

3