```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CESAR ADRIAN ZUNIGA<br>aka Christian Beltran, and<br>LUIS ZUNIGA GARCIA<br><br>        Defendants. | CASE NO.  2:09-cr-0095 EJG<br><br>**STIPULATION AND ORDER FOR PRE-PLEA CRIMINAL HISTORY EVALUATION** |

### Stipulation

The parties, through undersigned counsel, stipulate that it would be appropriate for the United States Probation Office to prepare a criminal history evaluation, and determine the criminal history category, of both CESAR ADRIAN ZUNIGA and LUIS ZUNIGA GARCIA prior to a change of plea.  As such, the parties request that this Court make such an order.  The "rap" sheet for each client is ambiguous and the criminal history for each client cannot be determined with sufficient confidence to adequately advise the defendants of the consequences of a change of plea.  Moreover, an accurate calculation of the defendants' criminal history category would significantly aid in the

1

settlement of this matter.

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: April 15, 2011                    BENJAMIN WAGNER
                                         United States Attorney

                                    by   /s/ Scott N. Cameron, for
                                         Heiko P. Coppola
                                         Assistant U.S. Attorney

DATED: April 15, 2011

                                    by   /s/ Scott N. Cameron
                                         Scott N. Cameron
                                         Counsel for Luis Zuniga-Garcia

DATED: April 15, 2011

                                    by   DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Scott N. Cameron, for
                                         JEFFREY L. STANIELS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         CESAR ADRIAN ZUNIGA

Order

For the reasons stated in the above stipulation of counsel, the United States Probation Department is ordered to conduct a criminal history evaluation, and to determine the criminal history category, for defendants CESAR ADRIAN ZUNIGA and LUIS ZUNIGA GARCIA.

DATED: April 18, 2011                    /s/ Edward J. Garcia
                                         Edward J. Garcia, Judge
                                         United States District Court