```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CESAR ADRIAN ZUNIGA<br>aka Christian Beltran, and<br>LUIS ZUNIGA GARCIA<br><br>        Defendants. | CASE NO.  2:09-cr-0095 EJG<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND NON-EVIDENTIARY HEARING DATE, AND EXCLUDING TIME** |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the briefing schedule for the filing and determination of defendants' motion to suppress evidence and motion to dismiss for violation of the Fifth and Fourteenth Amendments may be continued according to the dates listed below.  Negotiations are proceeding rapidly in this matter; however, settlement has been hampered by ambiguity in the criminal history calculation of both defendants.  To address this problem, the parties obtained an order from this Court for a "pre-plea" criminal history evaluation for both defendants.  Based on information from probation, it appears that the criminal history

1

reports may be completed in approximately six weeks.  As such, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

| | |
|---|---|
| Defendants' Moving Papers: | June 24, 2011 |
| Government's Opposition: | July 22, 2011 |
| Defendants' Optional Reply: | August 12, 2011 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | August 26, 2011 |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: May 9, 2011             BENJAMIN WAGNER
                               United States Attorney

                         by    /s/ Scott N. Cameron, for
                               Heiko P. Coppola
                               Assistant U.S. Attorney

DATED: May 9, 2011
                         by    /s/ Scott N. Cameron
                               Scott N. Cameron
                               Counsel for Luis Zuniga-Garcia

DATED: May 9, 2011
                         by    DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Scott N. Cameron, for
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Attorney for Defendant
                               CESAR ADRIAN ZUNIGA

2

**Order**

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through August 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED:  May 9, 2011                    /s/ Edward J. Garcia
                                       Edward J. Garcia, Judge
                                       United States District Court