SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>CESAR ADRIAN ZUNIGA<br>aka Christian Beltran, and<br>LUIS ZUNIGA GARCIA<br><br>            Defendants. | CASE NO.  2:09-cr-0095 EJG<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND NON-EVIDENTIARY HEARING DATE, AND EXCLUDING TIME** |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the briefing schedule for the filing and determination of defendants' motion to suppress evidence and motion to dismiss for violation of the Fifth and Fourteenth Amendments may be continued according to the dates listed below.  Settlement of this case has been hampered by ambiguity in the criminal history calculation of both defendants.  To address this problem, the parties obtained an order from this Court for a "pre-plea" criminal history evaluation for both defendants. Based on information from probation, it appears that the criminal history reports may be completed by July 8, 2011.  As such, the

1 parties stipulate that the briefing schedule and non-evidentiary
2 hearing date may be rescheduled as follows:
3     Defendants' Moving Papers:                    July 22, 2011
4     Government's Opposition:                      August 19, 2011
5     Defendants' Optional Reply:                   September 2, 2011
6     Non-evidentiary Hearing and
      Evidentiary Hearing Setting:   September 16, 2011 at 10:00 a.m.
7
8     IT IS FURTHER STIPULATED THAT time for trial under the Speedy
9 Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) &
10 (h)(7)(A) & (B)(iv), Local Codes E and T-4.  The parties agree that
11 the interests of justice served by granting this continuance outweigh
12 the best interests of the public and defendant in a speedy trial.  18
13 U.S.C. § 3161(h)(7)(A).
14     The parties have authorized the defense counsel for Luis Zuniga-
15 Garcia to sign this stipulation on their behalf.

16 DATED: June 21, 2011                    BENJAMIN WAGNER
                                           United States Attorney
17
                                   by   /s/ Scott N. Cameron, for
18                                      Heiko P. Coppola
                                        Assistant U.S. Attorney
19

20 DATED: June 21, 2011
                                   by   /s/ Scott N. Cameron
21                                      Scott N. Cameron
                                        Counsel for Luis Zuniga-Garcia
22

23 DATED: June 21, 2011
                                   by   DANIEL J. BRODERICK
24                                      Federal Defender

25                                      /s/ Scott N. Cameron, for
                                        JEFFREY L. STANIELS
26                                      Assistant Federal Defender
                                        Attorney for Defendant
27                                      CESAR ADRIAN ZUNIGA

28

2

**<u>Order</u>**

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through September 16, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: <u>June 21</u>, 2011               /s/ Edward J. Garcia
                                        Edward J. Garcia, Judge
                                        United States District Court

3