```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CESAR ADRIAN ZUNIGA<br>aka Christian Beltran, and<br>LUIS ZUNIGA GARCIA<br><br>        Defendants. | CASE NO.  2:09-cr-0095 EJG<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND NON-EVIDENTIARY HEARING DATE, AND EXCLUDING TIME** |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the briefing schedule for the filing and determination of defendants' motion to suppress evidence and motion to dismiss for violation of the Fifth and Fourteenth Amendments may be continued according to the dates listed below.  On July 13, 2011, the defendants received pre-plea criminal history reports from Probation Department as ordered by this Court.  The parties in this case had been waiting for these reports in an effort to settle the case without need for litigation the afore-mentioned motion.  The parties desire to continue the briefing schedule and non-evidentiary hearing date of the motion to

1

provide time to attempt to settle the case.  As such, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

| | |
|---|---|
| Defendants' Moving Papers: | August 19, 2011 |
| Government's Opposition: | September 16, 2011 |
| Defendants' Optional Reply: | September 30, 2011 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | October 14, 2011 at 10:00 a.m. |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: July 18, 2011          BENJAMIN WAGNER
                              United States Attorney

                         by   /s/ Scott N. Cameron, for
                              Heiko P. Coppola
                              Assistant U.S. Attorney

DATED: July 18, 2011
                         by   /s/ Scott N. Cameron
                              Scott N. Cameron
                              Counsel for Luis Zuniga-Garcia

DATED: July 18, 2011
                         by   DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Scott N. Cameron, for
                              Benjamin Galloway
                              Assistant Federal Defender
                              Attorney for Defendant
                              CESAR ADRIAN ZUNIGA

**Order**

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through October 14, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED:  July 18 , 2011             /s/ Edward J. Garcia
                                    Edward J. Garcia, Judge
                                    United States District Court