SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-cr-0095 EJG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND NON-EVIDENTIARY HEARING DATE, AND EXCLUDING TIME** |
| v. | |
| CESAR ADRIAN ZUNIGA aka Christian Beltran, and LUIS ZUNIGA GARCIA | |
| Defendants. | |

## Stipulation

The parties, through undersigned counsel, stipulate that the briefing schedule for the filing and determination of defendants' motion to suppress evidence and motion to dismiss for violation of the Fifth and Fourteenth Amendments may be continued according to the dates listed below. On July 13, 2011, the defendants received pre-plea criminal history reports from the Probation Department as ordered by this Court. Counsel for defendants have actively been meeting with their respective clients and are working to settle this matter prior to filing the above-stated motion. The parties desire to continue the briefing schedule and non-evidentiary hearing date of the motion to

1

provide time to attempt to settle the case. As such, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

| | |
|---|---|
| Defendants' Moving Papers: | September 23, 2011 |
| Government's Opposition: | October 21, 2011 |
| Defendants' Optional Reply: | November 4, 2011 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | November 18, 2011 at 10:00 a.m. |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: August 16, 2011         BENJAMIN WAGNER
                               United States Attorney

                            by /s/ Scott N. Cameron, for
                               Heiko P. Coppola
                               Assistant U.S. Attorney

DATED: August 16, 2011
                            by /s/ Scott N. Cameron
                               Scott N. Cameron
                               Counsel for Luis Zuniga-Garcia

DATED: August 16, 2011
                            by DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Scott N. Cameron, for
                               Jeffrey Staniels
                               Assistant Federal Defender
                               Attorney for Defendant
                               CESAR ADRIAN ZUNIGA

2

**Order**

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through November 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: August 23, 2011            /s/ Edward J. Garcia
                                  Edward J. Garcia, Judge
                                  United States District Court