SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:09-cr-0095 EJG |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND NON-EVIDENTIARY HEARING DATE, AND EXCLUDING TIME** |
| | ) | |
| v. | ) | |
| | ) | |
| CESAR ADRIAN ZUNIGA | ) | |
| aka Christian Beltran, and | ) | |
| LUIS ZUNIGA GARCIA | ) | |
| | ) | |
| Defendants. | ) | |

Stipulation

The parties, through undersigned counsel, stipulate that the briefing schedule for the filing and determination of defendants' motion to suppress evidence and motion to dismiss for violation of the Fifth and Fourteenth Amendments may be continued according to the dates listed below.  During the week of September 12, 2011, an offer was conveyed to the Government to settle this case.  The Government expressed concerns regarding the merits of the offer and the defendants are reviewing discovery to address those concerns. Moreover, the defense attorneys need to meet with their respective clients in the Butte County jail to further the settlement efforts. The parties desire to continue the briefing schedule and non-

1

evidentiary hearing date of the motion to provide time to continue the settlement discussions which appear to be progressing. As such, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

    Defendants' Moving Papers:                      October 21, 2011

    Government's Opposition:                      November 18, 2011

    Defendants' Optional Reply:                   December 2, 2011

    Non-evidentiary Hearing and
    Evidentiary Hearing Setting:    December 16, 2011 at 10:00 a.m.

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 19 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: September 19, 2011        BENJAMIN WAGNER
                                         United States Attorney

                                 by   /s/ Scott N. Cameron, for
                                     Heiko P. Coppola
                                     Assistant U.S. Attorney

DATED: September 19, 2011
                               by   /s/ Scott N. Cameron
                                   Scott N. Cameron
                                   Counsel for Luis Zuniga-Garcia

DATED: September 19, 2011
                               by   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Scott N. Cameron, for
                                   Jeffrey Staniels
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   CESAR ADRIAN ZUNIGA

**Order**

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through December 16, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: September 19 2011          /s/ Edward J. Garcia
                                  Edward J. Garcia, Judge
                                  United States District Court