SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
LUIS ZUNIGA-GARCIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,               )<br>                                   )<br>     v.                            )<br>                                   )<br>CESAR ADRIAN ZUNIGA                )<br>aka Christian Beltran, and         )<br>LUIS ZUNIGA GARCIA                 )<br>                                   )<br>          Defendants.              )<br>_____) | CASE NO.  2:09-cr-0095 EJG<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING SCHEDULE AND NON-EVIDENTIARY HEARING DATE, AND EXCLUDING TIME** |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the briefing schedule for the filing and determination of defendants' motion to suppress evidence and motion to dismiss for violation of the Fifth and Fourteenth Amendments may be continued according to the dates listed below. On November 28, 2011, the government prepared new plea agreements which were the product of months long negotiations. The plea agreements are consistent with the negotiated terms.  It is anticipated that changes of pleas will be calendared with the Court within the next week or so while the defense attorneys review the plea agreements with their respective clients.  The parties desire to continue the briefing schedule until the changes of pleas have been

1

received by the Court.

As such, the parties stipulate that the briefing schedule and non-evidentiary hearing date may be rescheduled as follows:

| | |
|---|---|
| Defendants' Moving Papers: | December 30, 2011 |
| Government's Opposition: | January 27, 2012 |
| Defendants' Optional Reply: | February 10, 2012 |
| Non-evidentiary Hearing and Evidentiary Hearing Setting: | February 24, 2012, at 10:00 a.m. |

IT IS FURTHER STIPULATED THAT time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) & (h)(7)(A) & (B)(iv), Local Codes E and T-4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

The parties have authorized the defense counsel for Luis Zuniga-Garcia to sign this stipulation on their behalf.

DATED: November 30, 2011        BENJAMIN WAGNER
                                United States Attorney

                        by      /s/ Scott N. Cameron, for
                                Heiko P. Coppola
                                Assistant U.S. Attorney

DATED: November 30, 2011    by  /s/ Scott N. Cameron
                                Scott N. Cameron
                                Counsel for Luis Zuniga-Garcia

DATED: November 30, 2011    by  DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Scott N. Cameron, for
                                Jeffrey Staniels
                                Assistant Federal Defender
                                Attorney for Defendant
                                CESAR ADRIAN ZUNIGA

2

**Order**

For the reasons stated in the above stipulation of counsel, the briefing schedule and non-evidentiary hearing date stipulated to by counsel is hereby ordered.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Time for trial under the Speedy Trial Act is excluded from the date of the execution of this stipulation through February 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare], Local Code T4, and 18 U.S.C. § 3161(h)(7)(1)(D), Local Code E (commencing with the filing of motions).

DATED: November 30, 2011                /s/ Edward J. Garcia
                                        Edward J. Garcia, Judge
                                        United States District Court